IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEEADRALYNN B.,

Plaintiff,

v. 1:25-cv-00610-JCH-JMR

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on August 31, 2026. Doc. 28. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 16. Neither party filed objections, and the time for doing so has passed.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 28) are ADOPTED;

2. Plaintiff's Opening Brief ("Motion") (Doc. 20) is GRANTED IN PART; and

3. The Commissioner's final decision is REVERSED, and this matter is REMANDED to the Commissioner for further proceedings in accordance with the Magistrate Judge's Proposed Findings and Recommended Disposition.

SENIOR UNITED STATES DISTRICT JUDGE